No. 575. GENERAL MOTORS CORP. *v.* SWAN CARBURETOR Co. January 12, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Lawrence C. Spieth* and *J. L. Stackpole* for petitioner. *Mr. Harrison B. McGraw, Joseph H. Milans,* and *F. O. Richey* for respondent.

No. 576. EWING-THOMAS CONVERTING Co. *v.* Mc-CAUGHN, COLLECTOR OF INTERNAL REVENUE. January 12, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. James Craig Peacock* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist* and *Messrs. Claude R. Branch, Sewall Key,* and *Paul D. Miller* for respondent.

No. 577. BOURKE *v.* UNITED STATES. January 12, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Leonard S. Coyne* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist* and *Messrs. Claude R. Branch, F. Cadmus Damrell, John J. Byrne,* and *W. Marvin Smith* for the United States.

No. 578. BRIERLY ET AL., RECEIVERS, ET AL. *v.* COMMERCIAL CREDIT Co. January 12, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Frank A. Harrington* and *Arthur E. Weil* for petitioners. *Mr. Duane R. Dills* for respondent.

No. 579. COMMISSIONER OF INTERNAL REVENUE *v.* MERLE-SMITH. January 12, 1931. Petition for writ of